Charles L. LEWIS, Plaintiff—
Appellant,

v.

Helen F. FAHEY, Chairman, and in
her own individual capacity,
Defendant—Appellee.

No. 05–6179.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 9, 2005.

Decided: June 15, 2005.

Charles L. Lewis, Appellant pro se.

Before NIEMEYER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles L. Lewis appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Lewis v. Fahey,* No. CA–05–43 (E.D.Va. Jan. 25, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED*